IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr4-MHT |
| | ) | (formerly known as |
| | ) | 2:90cr173-MHT on |
| TIMOTHY CAREY WILLIS | ) | non-electronic docket) |
| | ) | (WO) |

ORDER

This case is before the court on defendant Timothy Carey Willis's petition for early termination of supervised release. The court agrees that his supervision should be terminated early because defendant he has completed almost 4.5 years of supervised release without incident, he has maintained consistent employment, is 65 years old, and the Probation Department considers him a low risk for recidivism. *See* Defendant's Motion for Early Termination of Supervised Release (Doc. 4) at 1; U.S. Probation Office's Response to Court Order (Doc. 8) at 1. Also, the government and the Probation Department do not oppose the petition. *See* Government's Response

(Doc. 7) at 1; U.S. Probation Office's Response to Court Order (Doc. 8) at 1.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 4) is granted; that defendant Timothy Carey Willis's supervised release is terminated; and that defendant Willis is discharged.

DONE, this the 2nd day of February, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE